Ben Sullivan and A. S. Stuart, Former Trustees of the Lakeland Colored School, The Board of Public Instruction for Polk County, Florida, and J. W. Scally, Appellants, v. R. D. Smith, Reed Harris, Lee Ferrell, Charles Lewis, as Present Trustees of the Lakeland Colored School, Appellees.

Filed May 31, 1916.

Appeal from Circuit Court, Polk County; F. A. Whitney, Judge.

Decree affirmed.

*H. K. Olliphant,* for Appellants;

*J. W. Brady,* for Appellees.

---

Frank Convetry, Plaintiff in Error, v. The Florida Publishing Company, a Corporation, Defendant in Error.

Filed May 31, 1916.

Writ of Error to Circuit Court, Duval County; George Couper Gibbs, Judge.

Judgment affirmed.

*Charles A. Powers* and *A. R. Logan,* for Plaintiff in Error;

*Fleming & Fleming,* for Defendant in Error.